1006; *Walker v Town of Lockport,* 109 AD2d 1102, *affd* 65 NY2d 840). There is no merit to plaintiff's claim that defendants have waived their right to appeal by accepting the benefits of Special Term's order and by conducting further discovery which was inconsistent with the posture of their appeals. Defendants did not seek any discovery until after the date specified in the order for plaintiff to file its note of issue, and then, only in response to plaintiff's demands for discovery. (Appeal from order of Supreme Court, Monroe County, Conway, J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.

■ CHARLOTTE LAKE RIVER ASSOCIATES et al., Respondents, v AMERICAN INSURANCE COMPANY et al., Defendants, and NORTHRUP, KAELBER AND KOPF, Appellant. (And a Third-Party Action.) BUILDING SYSTEMS HOUSING CORPORATION, Respondent, v FEDERAL PACIFIC ELECTRIC COMPANY et al., Appellants. (And a Third-Party Action.) BUILDING SYSTEMS HOUSING CORPORATION et al., Respondents, v NORTHRUP, KAELBER AND KOPF et al., Appellants. (And a Third-Party Action and Two Other Actions.) (Appeal No. 2.)—Order unanimously modified, on the law, and as modified, affirmed, without costs, in accordance with same memorandum as in *Charlotte Lake Riv. Assocs. v American Ins. Co.* [appeal No. 1], 130 AD2d 947 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Conway, J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.

■ CHARLOTTE LAKE RIVER ASSOCIATES et al., Plaintiffs, v AMERICAN INSURANCE COMPANY et al., Defendants. (And Two Third-Party Actions.) BUILDING SYSTEMS HOUSING CORPORATION, Respondent, v RELIABLE ELECTRONIC COMPANY et al., Defendants, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant. (And Three Other Actions.) (Appeal No. 3.)—Order unanimously modified, on the law, and as modified, affirmed, without costs, in accordance with same memorandum as in *Charlotte Lake Riv. Assocs. v American Ins. Co.* [appeal No. 1], 130 AD2d 947 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Conway, J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.

■ ALAN SAHR, Appellant, v NIAGARA FALLS MEMORIAL MEDICAL CENTER, INC., et al., Respondents.—Order unanimously reversed, on the law, with costs, and plaintiff's motion granted, in accordance with the following memorandum: The issue as framed by the parties is whether defendants' demand